1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF CALIFORNIA

7

8    RAKSHIT K.,                                No.  1:26-cv-00212-KES-EPG (HC)

9                    Petitioner,

10            v.                                 ORDER GRANTING PETITION FOR WRIT
                                                OF HABEAS CORPUS
11   SERGIO ALBARRAN, Acting Field Office
     Director of the San Francisco Immigration   Doc. 1
12   and Customs Enforcement Office; KRISTI
     NOEM, Secretary of the United States
13   Department of Homeland Security; TODD
     M. LYONS, Acting Director of United
14   States Immigration and Customs
     Enforcement; PAMELA BONDI, Attorney
15   General of the United States;
     CHRISTOPHER CHESTNUT, Warden of
16   California City Detention Center,

17                   Respondents.

18

19          Petitioner Rakshit K. is an immigration detainee proceeding with a petition for writ of

20   habeas corpus and motion for temporary restraining order.[1]  Docs. 1, 2.  The Court has addressed

21   the legal issues raised by count two of the petition on previous occasions.  *See, e.g.*, *Sergio S.M.*

22   *v. Noem*, No. 1:25-CV-01973-KES-HBK (HC), 2025 WL 3768206 (E.D. Cal. Dec. 31,

23   2025); *R.D.T.M. v. Wofford*, No. 1:25-CV-01141-KES-SKO (HC), 2025 WL 2686866 (E.D. Cal.

24   Sept. 18, 2025).

_____

[1] As recommended by the Committee on Court Administration and Case Management of the
Judicial Conference of the United States, the Court omits petitioner's full name, using only his
first name and last initial, to protect sensitive personal information.  *See* Memorandum re: Privacy
Concern Regarding Social Security and Immigration Opinions, Committee on Court
Administration and Case Management, Judicial Conference of the United States (May 1, 2018),
https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1    The Court informed the parties that it intended to rule directly on the petition and ordered

2    respondents to show cause as to whether there are any factual or legal issues in this case that

3    render it distinguishable from the Court's prior orders in *Sergio S.M. v. Noem* and *R.D.T.M. v.*

4    *Wofford*, and that would justify denying the petition.  Doc. 4.  Respondents state that "This matter

5    is not substantively distinguishably from the Court's prior precedent."  Doc. 8 at 1.[2]

6    As respondents have not identified any factual or legal issues in this case that render it

7    distinguishable from the Court's prior decisions in *Sergio S.M. v. Noem*, No. 1:25-CV-01973-

8    KES-HBK (HC), 2025 WL 3768206 (E.D. Cal. Dec. 31, 2025), and *R.D.T.M. v. Wofford*, No.

9    1:25-CV-01141-KES-SKO (HC), 2025 WL 2686866 (E.D. Cal. Sept. 18, 2025), and for the

10   reasons stated in those prior orders, the petition for writ of habeas corpus is GRANTED as to

11   count two.[3]

12   Respondents are ORDERED to release petitioner immediately.  Respondents are

13   ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear

14   and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that

15   petitioner is a flight risk or danger to the community such that his physical custody is legally

16   justified.

17   The Clerk of Court is directed to close this case and enter judgment for petitioner.

18

19   IT IS SO ORDERED.

20   Dated:    January 16, 2026

     UNITED STATES DISTRICT JUDGE

---

[2] Respondents also note that they waive oral argument.  Doc. 8 at 2.

[3] The Court need not address petitioner's other claims as petitioner is entitled to the relief he seeks based on the Court's ruling on count two.

2